# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   CASE NO.:    17-10004-14-STA

BOBBY McELRATH,

    Defendant.

---

### ORDER GRANTING MOTION TO SCHEDULE A STATUS CONFERENCE AND NOTICE OF SETTING

---

This matter came to be heard upon the Motion on behalf of the Defendant, BOBBY McELRATH to Schedule a Status Conference. The Court finds that this motion is well taken and should be granted, and the Status Conference shall be set on the 2nd day of January, 2018 at 9:15 a.m.

IT IS SO ORDERED, this 13th day of December, 2017.

                                                        s/S. Thomas Anderson
                                                        Chief United States District Court Judge