IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          CASE NO.:    1:17-cr-10004-STA-14

BOBBY McELRATH,

    Defendant.

**ORDER GRANTING MOTION TO SET CHANGE OF PLEA HEARING AND NOTICE OF SETTING**

This matter came to be heard upon the Motion on behalf of the Defendant, Bobby McElrath requesting an Order Granting Motion to Set Change of Plea Hearing. The Court finds that this request is well taken and should be granted, and the hearing date will be on the **16th day of March, 2018** at **9:00 AM.**

IT IS SO ORDERED, this 8th day of March, 2018.

                                               s/S. Thomas Anderson
                                               CHIEF U.S. DISTRICT COURT JUDGE