IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                              CASE NO.:    1:17-cr-10004-STA-14

BOBBY McELRATH,

    Defendant.

**ORDER GRANTING MOTION TO CONTINUE AND NOTICE OF RESETTING**

This matter came to be heard upon the Motion on behalf of the Defendant, Bobby McElrath requesting an Order Granting Motion to Continue Change of Plea Hearing. The Court finds that this request is well taken and should be granted, and the hearing date will be on the 26th day of March, 2018 at 1:00PM.

    IT IS SO ORDERED, this 13th day of March, 2018.

                                                                         s/S. Thomas Anderson
                                                                        Chief U.S. District Court Judge